# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

**January 14, 2022**

**Via ECF**

Hon. Lorna G. Schofield, USDJ
United States District Court, SDNY
500 Pearl Street
New York, NY 10007
Tel: 212-805-0288

> Application GRANTED. The parties' deadline to file the settlement agreement and the Cheeks letter ordered in Dkt. No. 19 is extended to February 8, 2022. So Ordered.
>
> Dated:  January 18, 2022        New York, New York
>
> *LORNA G. SCHOFIELD*
> UNITED STATES DISTRICT JUDGE

**Re: Fritz v. Manhattan Beer Distributors LLC**
  Case No: 21-CV-04727 (LGS)(KHP)
  Motion for Extension of Time

Dear Judge Schofield:

  My firm represents plaintiff in the above-referenced action, and I respectfully write on behalf of the parties to request a brief three-week extension of the January 14, 2022 deadline for the parties to submit the settlement agreement along with a joint letter and supporting evidence addressing the findings the Court must make in order to approve the settlement as fair and reasonable, as directed in the Court's December 22, 2021 Order (DE 19). This request is being made because the parties require additional time to finalize the settlement language in light of the requirements of *Cheeks*. There has been no prior request for an extension of this deadline and this request affects no other deadlines.

  We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**     Defense Counsel via ECF

1